

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/29/2025
```

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Joseph V. Martino
*Special Assistant Corporation Counsel*
Office: (212) 356-0878

October 28, 2025

**VIA ECF**
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> **APPLICATION GRANTED:** The ICMC scheduled for 11/13/2025 is hereby adjourned sine die. Motion for fees due 01/30/2026; Opposition due 02/27/2026; Reply due 03/13/2026.
>
> **APPLICATION GRANTED**
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 10/29/2025

Re:    *S.C. v. N.Y.C. Dep't of Educ. et al,* 25-cv-7039 (MMG)(KHP)

Dear Magistrate Judge Parker:

   I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

   Defendant writes to respectfully request an adjournment *sine die* of the Initial Pretrial Conference currently scheduled for Thursday, November 13, 2025 at 11:00 am. Plaintiff consents to this request. This is Defendant's first request for an adjournment. This is a fees only matter. As such, no discovery will be necessary. Plaintiff is still preparing the necessary attorney billing records for Defendant to review, after which the parties will begin settlement communications. The parties remain hopeful that this matter can be resolved without further burdening the Court with unnecessary conferences or motion practice.

   Therefore, Defendant respectfully requests that the Court adjourn the Initial Pretrial Conference and attendant Case Management Plan and proposed Scheduling Order, *sine die.*

   Thank you for considering this request.

Respectfully submitted,
*/s/ Joseph V. Martino*
Joseph V. Martino, Esq.
Special Assistant Corporation Counsel

cc:    All Counsel (via ECF)