**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

S.C.

                              Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT
OF EDUCATION, et al.,

                              Defendants.

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/9/2026
```

**25-CV-7039 (MMG) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 6, 2026, Defendants in the above-entitled action filed a joint letter updating the Court on the status of the case.  (ECF No. 18)  Defendants represented that a settlement offer has been made and have requested that an additional joint status letter be filed on April 5, 2026.  The Court thanks the parties for the update and GRANTS the request.  The parties will submit a status letter by April 5, 2026 updating the Court on the status of settlement.

        **SO ORDERED.**

DATED:        New York, New York
              March 9, 2026

              _____
              KATHARINE H. PARKER
              United States Magistrate Judge